SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
| Plaintiff, | |
| vs. | |
| ASIF WILLIAM RAHMAN, | **ORDER** |
| Defendant. | |

Defendant ASIF WILLIAM RAHMAN having been arrested on a Warrant of Arrest and having waived identity, ASIF WILLIAM RAHMAN, is committed to the U.S. Marshal's Service for the District of Guam for removal to the Eastern District of Virginia and there deliver him to the U.S. Marshal for the Eastern District of Virginia or to some other officer authorized to receive him.

IT IS SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Nov 14, 2024**