SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
| Plaintiff, | |
| vs. | **WRIT OF REMOVAL** |
| ASIF WILLIAM RAHMAN, | |
| Defendant. | |

TO: U.S. MARSHAL
       District of Guam

An Indictment for Defendant, ASIF WILLIAM RAHMAN, having been filed in the United States District Court for the Eastern District of Virginia, Criminal Case No. 1:24-cr-249, charging him with two counts of Willful Retention and Transmission of National Defense Information in violation of 18 U.S.C. § 793(e) and a Warrant for Arrest having been issued for his arrest, and

Said Defendant, ASIF WILLIAM RAHMAN, having been arrested and brought to this District on a warrant of arrest issued pursuant to the above Indictment, admitted identity, and to being held to answer in the Eastern District of Virginia, Defendant, ASIF WILLIAM RAHMAN,

is committed to your custody pending removal to the Eastern District of Virginia;

You are therefore commanded to remove ASIF WILLIAM RAHMAN, forthwith to the Eastern District of Virginia and there deliver him to the United States Marshal for the District or to some other officer authorized to receive him.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Nov 14, 2024**